RUSSELL ALLYN, RESPONDENT, *v.* MARY A. THURSTON, ADMINISTRATRIX, ETC., APPELLANT.

*Execution against real estate of deceased judgment debtor — Chap. 295, Laws of 1850 — authority of surrogate under.*

The authority to allow execution to issue against the real estate and chattels real of a deceased judgment debtor, conferred upon the surrogate by chapter 295, Laws of 1850, is general and unqualified, and its exercise is made dependent upon no specified state of facts or proofs made to him.

The statute provides that the surrogate " may, on sufficient cause shown, make an order granting permission to issue such execution." What shall constitute a sufficient cause for making such order, is a question, in a large degree, if not exclusively, for his decision and determination. ·

APPEAL from an order of the surrogate of Wayne county, allowing execution to issue on several judgments in this court against the property of the defendant's intestate.

*S. B. McIntyre,* for appellant.   *Oscar Craig,* for respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Order affirmed, with costs.